# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: SESSIONS OF THE SUPREME  :  No. 525
COURT OF PENNSYLVANIA  :  Judicial Administration
FOR THE YEAR 2021  :  Docket

## ORDER

**PER CURIAM:**

**AND NOW**, this this 11th day of December, 2019, it is ordered that the argument/administrative sessions of the Supreme Court of Pennsylvania shall be held in the year 2021 as follows:

| | |
|---|---|
| Philadelphia (Administrative Session) | February 2nd |
| Philadelphia | March 8th through March 12th |
| Harrisburg (Administrative Session) | March 23rd |
| Pittsburgh | April 12th through April 16th |
| Harrisburg | May 17th through May 21st |
| Pittsburgh (Administrative Session) | June 8th |
| Philadelphia | September 20th through September 24th |
| Pittsburgh | October 25th through October 29th |
| Harrisburg | December 6th through December 9th |